IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JENNIFER HORNBEEK,

    Plaintiff,

v.                                       CIVIL ACTION NO.: CV507-046

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report wherein he recommended the decision of the Commissioner of the Social Security Administration be affirmed. In her Objections, Plaintiff asserts the Administrative Law Judge ("ALJ") and the Magistrate Judge erroneously determined that her mental health care providers relied only on her subjective complaints to assign Plaintiff's Global Assessment of Functioning ("GAF") scores. Plaintiff also asserts the ALJ failed to ask her mental health providers the bases used to assign her GAF scores. Plaintiff further asserts this Court "should not allow the Commissioner to challenge over two years worth of assessments by all of the mental health care providers . . . when there is no support for this conclusion in the record." (Doc. No. 31, p. 3).

The Magistrate Judge reasoned the ALJ's decision to discount the opinions of Plaintiff's treating health care providers was supported by "good cause". The ALJ was permitted to discount these opinions, as he found the opinions of Plaintiff's mental

health providers to be unsupported by the record as a whole and conclusory. Plaintiff's Objections are without merit.

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 3 day of September, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE